# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CRYSTAL MARIE COURSEY,<br><br>    Plaintiff,<br>v.<br><br>CENTRAL CREDIT SERVICES, LLC,<br><br>    Defendant. | Case No. 3:18-cv-00040-C<br><br>Honorable Judge Sam R. Cummings |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CRYSTAL MARIE COURSEY, and the Defendant, CENTRAL CREDIT SERVICES, LLC, by and through their attorneys, pursuant to their settlement and Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate and agree to dismissal of all claims against the Defendant with prejudice. Each party to bear its own costs and attorney fees.

Dated: May 23, 2018                                          Respectfully Submitted,

**CRYSTAL MARIE COURSEY**                    **CENTRAL CREDIT SERVICES, LLC**

/s/ Nathan C. Volheim                                   /s/ Charles R. Penot (*with consent*)
Nathan C. Volheim                                        Charles R. Penot
*Counsel for Plaintiff*                                     *Counsel for Defendant*
Sulaiman Law Group, LTD                           Sessions, Fishman, Nathan & Israel, LLC
2500 S. Highland Avenue, Suite 200          900 Jackson Street, Suite 440
Lombard, Illinois 60148                              Dallas, TX 75202
Phone: (630) 575-8181                               Phone: (214) 741-3009
Fax :( 630) 575-8188                                  cpenot@sessions.legal
nvolheim@sulaimanlaw.com