IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CRYSTAL MARIE COURSEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CENTRAL CREDIT SERVICES, LLC, | ) ) |
| Defendant. | ) Civil Action No. 3:18-CV-0040-C |

### AGREED ORDER OF DISMISSAL

The Court, having considered the parties' Agreed Stipulation of Dismissal With Prejudice, filed May 23, 2018,

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED WITH PREJUDICE**, with costs taxed against the party incurring same.

SO ORDERED this 24th day of May, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE